UNPUBLISHED ORDER
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

October 11, 2006

**Before**

Hon. DIANE P. WOOD, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 03-1266

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     *Plaintiff-Appellee*, <br><br>     *v.* <br><br> JAQUAN T. CLAYTON, <br> also known as QUAN, <br>     *Defendant-Appellant*. | Appeal from the United States <br> District Court for the <br> Eastern District of Wisconsin <br><br> No. 01-CR-148 <br><br> J.P. Stadtmueller, <br> *Judge*. |

**O R D E R**

Following a jury trial, Jaquan Clayton was found guilty of narcotics offenses. He was sentenced to 330 months in prison. His appeal followed. On May 19, 2005, pursuant to a remand from the United States Supreme Court following United States v. Booker, 543 U.S. 220 (2005), and our subsequent decision in United States v. Paladino, 401 F.3d 471 (7th Cir. 2005), we issued an order for the district judge to inform us whether he would have imposed the same sentence, had he known at the time of sentencing that the United States Sentencing Guidelines were advisory. He has now informed us that both the government and Clayton recommend a full remand for resentencing and that, in fact, a full remand of defendant Clayton's case is appropriate. Accordingly, the case of Jaquan T. Clayton is REMANDED to the district court for resentencing.